IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER R. YORK                                                                                         PLAINTIFF

v.                                              Civil No. 6:21-cv-6078

HINDERSON and CORPORAL BEARD                                                           DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed August 11, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that the Court dismiss Plaintiff Christopher R. York's complaint without prejudice pursuant to 28 U.S.C. § 1915A(b), because the complaint fails to state a claim upon which relief may be granted.

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). The Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED**, this 6th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge